**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-CR-20022-PCH**

**UNITED STATES OF AMERICA**

**vs.**

**FRANCESCO RANDO,**

     **Defendant,**

_____/

**ORDER ADOPTING AND AFFIRMING R&R**
**AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis's Report and Recommendation ("R&R") on Change of Plea **[ECF No. 35]**, which was entered on April 24, 2025.  In the R&R, Magistrate Judge Louis found that the Defendant Luis Perez-Mesa freely and voluntarily entered a plea of guilty as to the Count 1 of the Indictment filed in this case, which charges him with wire fraud, in violation of 18 U.S.C. § 1343.

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Count 1 of the Indictment filed in this case, and that a sentencing hearing be conducted for final disposition of this matter.  The Court has reviewed Magistrate Judge Louis's R&R, and no objections to it have been filed.  Therefore, based on a *de novo* review of the evidence presented, it is:

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count 1 of the indictment filed in this case; and (3) a sentencing hearing is set for **Monday, July 14, 2025 at 10:30 a.m.**, before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue,

13th Floor, Courtroom 13-2, Miami, Florida.

**DONE AND ORDERED** in Miami, Florida on May 2, 2025.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record
United States Probation Office